IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN JAY WILSON,

    Plaintiff,

v.                                                      Case No. 4:11cv307-SPM/CAS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 15) which recommends that the Commissioner's decision be reversed and that this case be remanded for further consideration.  The parties have been afforded an opportunity to file objections, but no objections have been filed.  Upon consideration, I have determined that the Report and Recommendation is accurate and should be adopted.  Accordingly, it is

    **ORDERED and ADJUDGED**:

    1.    The Magistrate Judge's Report and Recommendation (doc. 15) is **adopted** and incorporated by reference into this order.

2. The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **reversed** and this case is **remanded** for further consideration as set forth in the Report and Recommendation (doc. 15).

**DONE AND ORDERED** this 12th day of April, 2012.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge