IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ALAN JAY WILSON,

    Plaintiff,

v.                                                            Case No. 4:11cv307-SPM/CAS

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER AWARDING ATTORNEY FEES AND COSTS

THIS CAUSE comes before the Court on Plaintiff's Unopposed Application for Attorney's Fees under the Equal Access to Justice Act (doc. 19). Defendant filed a response (doc. 20) advising that it does not object to the requested award so long as it is subject to offset by the Department of Treasury. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. Plaintiff's Unopposed Application for Attorney's Fees under the Equal Access to Justice Act (doc. 19) is **granted**.

2. The Commissioner is directed to pay Plaintiff or her assignee, Law Offices of Harry J. Binder and Charles E. Binder, P.C., $2,797.75,

which are reasonable fees, and $350.00, which are costs for the filing fee, under the Equal Access to Justice Act, 28 U.S.C. § 2412.

3. The United States Department of Treasury may apply the payment to offset a debt owed by Plaintiff in accordance with <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (2010).

**DONE AND ORDERED** this 31st day of May, 2012.

<i>S/ Stephan P. Mickle</i><br>
Stephan P. Mickle<br>
Senior United States District Judge